WWR# 20924583

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JEFFREY ARNAL
ESTELLE WOODWARD
                       Debtors
LSF9 MASTER PARTICIPATION TRUST, BY
CALIBER HOME LOANS, INC., SOLELY IN
ITS CAPACITY AS SERVICER
                       Movant

Case No. 15-12684-elf

Chapter 13

## ORDER

AND NOW, this 6th day of August, 2015, upon certification of no response by counsel of Movant, LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, it is ORDERED ~~and DECREED~~ that Movant is granted Relief from the Automatic Stay regarding the following premises: 15 Lombardy Place, Maplewood, NJ 07040.

_____
HON. ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

~~CC:~~
~~Movant's Counsel~~
~~Keri P. Ebeck, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219~~

~~Debtor:~~
~~Jeffrey Arnal, 14 Benezet Street, Philadelphia, PA 19118~~

~~Debtor:~~
~~Estelle Woodward, 14 Benezet Street, Philadelphia, PA 19118~~

~~Debtors' Counsel:~~
~~Brad J. Sadek, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107~~

~~Trustee:~~
~~William C. Miller, 1234 Market Street, Suite 1813, Philadelphia, PA 19107~~

~~United States Trustee:~~
~~Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107~~